IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

RFW CONSTRUCTION GROUP, LLC,

    Plaintiff,

v.                                               No. 10-1268

ENERGY POWER AND SOLUTIONS,
INC.,

    Defendant.

___

ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE RECOMMENDING THAT DEFAULT JUDGMENT BE
ENTERED AGAINST THE DEFENDANT
___

This matter is before the Court on the report and recommendation of the magistrate judge, filed September 16, 2013, recommending a judgment of default against Defendant Energy Power and Solutions, Inc., in the amount of $827,634.55.[1] (D.E. 80.) According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has expired.

The Court has reviewed the magistrate judge's report and recommendation as well as the record of the proceeding before the magistrate judge. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation. The Clerk of Court is DIRECTED to enter default judgment against the Defendant in the sum of $827,634.55.

IT IS SO ORDERED this 7th day of October, 2013.

---

[1] Pursuant to an order of reference, the magistrate judge conducted a hearing on default judgment and on damages on September 16, 2013.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE